NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REXNORD INDUSTRIES, LLC,**
*Appellant*

**v.**

**HABASIT BELTING INCORPORATED,**
*Cross-Appellant*

---

2014-1858, 2014-1859

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,071.

---

## JUDGMENT

---

DAVID R. CROSS, Quarles & Brady, LLP, Milwaukee, WI, argued for appellant. Also represented by JOHANNA WILBERT, JOEL AUSTIN.

MATTHEW THOMAS BAILEY, McKenna Long & Aldridge, LLP, Washington, DC, argued for cross-appellant. Also represented by RANDALL PYLES.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 June 5, 2015             /s/  Daniel  E.  O'Toole
Date                Daniel E. O'Toole
                       Clerk of Court